COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTHONY INDEPENDENT SCHOOL DISTRICT, | § | No. 08-08-00079-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. Five |
| | § | |
| JACOB MORALES, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC#2007-2861) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is the motion of Anthony Independent School District, Appellant, to dismiss this appeal for the reason that the parties have settled all matters in controversy in the underlying lawsuit. Appellee has not objected to the motion and there is no indication that dismissal would prevent Appellee from seeking relief to which he would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal.

KENNETH R. CARR, Justice

July 31, 2008

Before Chew, C.J., McClure, and Carr, JJ.